UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY W. LABERDEE,<br><br>　　　　　　Defendant. | No. CR-11-0114-FVS-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS |

**THIS MATTER** came before the Court for a hearing, without oral argument, on Defendant's request to modify his conditions of release in order to allow travel to Seattle, Washington, from August 19, 2011, through August 22, 2011, to attend Hempfest. (ECF No. 28). The Government filed a response objecting to the request for modification. (ECF No. 33). Assistant United States Attorney Russell E. Smoot represents the United States. Defendant is represented by Douglas D. Phelps.

The Court being fully advised, **IT IS HEREBY ORDERED** that Defendant's motion to modify his release conditions (**ECF No. 28**) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___19th___ day of August, 2011.

　　　　　　　　　　　　　S/Fred Van Sickle
　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　Senior United States District Judge

ORDER . . . - 1