# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.　　　　Jerry Wayne Laberdee　　　　Docket No.　　　　2:11CR00114-001

**Petition for Action on Conditions of Pretrial Release**

　　　　COMES NOW Richard Law, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jerry Wayne Laberdee who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 9th day of August 2011, under the following conditions:

**Standard Condition #1**: Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advise the supervising pretrial services officer, and defense counsel, within one business day of any charge, arrest, or contact with law enforcement.

**Standard Condition #5**: Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

**Standard Condition #6**: Defendant shall report to the U.S. Probation Office before, or immediately upon release, and shall report as often as they direct, and at such times and in such manner as they direct.

**Special Condition #28**: Prohibited substance testing: if urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six times per month.

　　　　RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: On August 12, 2011, the Lincoln County Sheriff's Office executed a search warrant at the defendant's residence, at which time, marijuana plants were found growing inside the residence.

**Violation #2**: On August 12, 2011, the Lincoln County Sheriff's Office executed a search warrant at the defendant's residence, at which time, rounds of ammunition were located inside the residence and a dismantled handgun.

**Violation #3**: On August 16, 2011, the undersigned officer conducted an unannounced personal home contact at Mr. Laberdee's residence. Upon arrival and contacting Mr. Laberdee, he was advised that the undersigned officer would need to conduct a personal home inspection to verify that he was in compliance with the conditions of release as imposed by Your Honor. Mr. Laberdee made it very clear to this officer that he would not permit me inside his residence.

**Violation #4**: On August 16, 2011, the undersigned officer contacted Mr. Laberdee at his residence. During the contact, the undersigned officer attempted to discuss Mr. Laberdee's conditions of release with him. Mr. Laberdee made it very clear to the undersigned officer that he would not submit to drug testing as imposed by the Court, as he believes it is in violation of his fifth amendment rights.

PRAYING THAT THE COURT WILL ORDER A SUMMONS/WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/18/2011

by s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

8/18/2011

Date