UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JERRY WAYNE LABERDEE,<br><br>           Defendant. | No. CR-11-114-FVS-1<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY |

Before the court is the Defendant's unopposed Motion to Modify Release Conditions.

**IT IS ORDERED** Defendant's unopposed request for residence change **(ECF No. 75)** is **GRANTED.** All other conditions of release remain.

DATED October 12, 2011.

                                       S/ CYNTHIA IMBROGNO
                              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY - 1