UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY WAYNE LABERDEE,<br><br>    Defendant. | No.  CR-11-0114-FVS-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO VACATE MOTION TO WITHDRAW GUILTY PLEA |

   **THIS MATTER** came before the Court upon Defendant Laberdee's motion to withdraw his guilty plea (ECF No. 233) and Defendant Laberdee's motion to vacate his motion to withdraw his guilty plea (ECF No. 245).

   Good cause appearing therefore, **IT IS HEREBY ORDERED**:

   1.  Defendant Laberdee's motion to vacate his motion to withdraw his guilty plea **(ECF No. 245)** is **GRANTED**.

   2.  Defendant Laberdee's motion to withdraw his guilty plea **(ECF No. 233)** is **VACATED**.

   **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

   **DATED** this   21st   day of February, 2013.

                          S/Fred Van Sickle
                          FRED VAN SICKLE
                  SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARINGS - 1