PROB 12C
(7/93)

Report Date: September 13, 2013

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerry Wayne Laberdee     Case Number: 0980 2:11CR00114-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: February 21, 2013

| | | |
|---|---|---|
| Original Offense: | Distribution of Marijuana, 21 U.S.C. § 841(a)(1) and (b)(1)(D); Maintaining a Drug-Involved Premises, 21 U.S.C. § 856(a)(1) | |
| Original Sentence: | Prison 6 months; TSR - 24 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela Byerly | Date Supervision Commenced: September 12, 2013 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 11, 2015 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You shall reside in a residential reentry center (RRC) for a period of 180 days. Your participation in the program offered by the RRC is limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: Mr. Laberdee was released from Federal Bureau of Prisons' confinement on September 12, 2013. As a condition of supervised release, he was required to report to a RRC for a period of up to 180 days. He arrived at the Spokane RRC on the evening of September 12, 2013. He immediately refused to sign any paperwork or agree to program rules of the RRC. On the morning of September 13, 2013, Mr. Laberdee was approached by the director of the RRC and was encouraged to comply with the program rules. He again refused to sign the appropriate paperwork and was subsequently terminated from the Spokane RRC program. |

The U.S. Probation Office respectfully recommends the Court issue a summons for the offender to answer the allegations contained in this petition.

Prob12C
Re: Laberdee, Jerry Wayne
September 13, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/13/2013

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

s/Fred Van Sickle

Signature of Judicial Officer

September 13, 2013

Date